# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

MASON SOMERS,

       Petitioner,    :    Case No. 2:19-cv-5633

  - vs -                            Chief Judge Algenon L. Marbley
                                       Magistrate Judge Michael R. Merz

WARDEN,
  Noble Correctional Institution,

                                    :

       Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is hereby TRANSFERRED from The Honorable Kimberly A. Jolson to The Honorable Michael R. Merz. Final decision of the case remains with Chief Judge Marbley.

March 6, 2020.

                                                            s/ *Michael R. Merz*
                                                  United States Magistrate Judge